UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | Docket No. 14-cr-10201-DJC |
| ) | |
| ERIC McPHAIL, ) | |
| Defendant. ) | |

**MOTION TO DISMISS SUPERSEDING INDICTMENT
BASED ON FAILURE TO PRESENT NEW AND/OR ADDITIONAL
EVIDENCE TO THE GRAND JURY TO CHANGE OR
AMEND THE FACTUAL PREDICATE ON WHICH
THE INDICTMENT IS BASED**

Now comes the Defendant, Eric McPhail, by and through undersigned counsel, pursuant to the Fifth and Sixth Amendments to the United States Constitution, and Rules 12(b)(3) and 7 of the Federal Rules of Criminal Procedure, and hereby moves the Court for an order dismissing the superseding indictment returned in this case, as it fails to state a crime and fails to afford the defendant constitutionally adequate notice of the charges against him and it does not constitute a plain, concise and definite written statement of the essential facts constituting the offense charged. See *Russell v. United States*, 369 U.S. 749, 82 S.Ct. 1038 (1962); *United States v. Tomasetta*, 429 F.2d 978 (1st Cir.1970); Fed.R.Crim.P. 7.

The defendant relies on the memorandum of law incorporated herein and filed simultaneously herewith.

REQUEST FOR ORAL ARGUMENT

The defendant respectfully requests oral argument on the within motion.

Respectfully submitted,
Eric McPhail, defendant
By his attorneys,

/s/ *Thomas R. Kiley*

/s/ *William J. Cintolo*

_____
Thomas R. Kiley, BBO No. 271460
William J. Cintolo, BBO No. 084120
COSGROVE EISENBERG & KILEY
One International Place, Suite 1820
Boston, MA 02110
617.439.7775 (tel) – 617.330.8774 (fax)
WCintolo@CEKLaw.net

Dated: March 2, 2015

**Certificate of Service**

I, William J. Cintolo, hereby certify that on this date, March 2, 2015, a copy of the foregoing document has been served via electronic filing upon all registered parties, including Assistant U.S. Attorney(s)

**/s/** *William J. Cintolo*
_____
William J. Cintolo