AO 442 (Rev. 01/09) Arrest Warrant

FILED

# UNITED STATES DISTRICT COURT

2015 OCT  2  AM 10 for the

District of Massachusetts

U.S. DISTRICT COURT

DISTRICT OF MASS.

| | | | | |
|---|---|---|---|---|
| United States of America | ) | | | |
| v. | ) | | | |
| | ) | Case No. | 14-10201-DJC | |
| Eric McPhail | ) | | | |
| | ) | | | |
| *Defendant* | | | | |

2015 SEP 29  P 4: 10

U.S. MARSHALS SERVICE
RECEIVED
BOSTON, MA

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*          Eric McPhail                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment          ❑ Superseding Indictment          ❑ Information          ❑ Superseding Information          ❑ Complaint
❑ Probation Violation Petition          x Supervised Release Violation Petition          ❑ Violation Notice          ❑ Order of the Court

This offense is briefly described as follows:

Supervised release violation.

Date:     Sep 29, 2015

_____
*Issuing officer's signature*

City and state:     Boston, Massachusetts

Timothy R. Maynard, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____     **WARRANT EXECUTED BY** USMS     BY ARREST/ARRAIGNMENT OF THE *Arresting officer's signature*     DEFENDANT ON 10/1/2015     *Printed name and title* |